February 4, 1975.

No. 343.   HUTH and wife, Respondents, v. PUBLIC SERVICE CORPORATION, Appellant.*

(Also reported in 225 N. W. 2d 517 and 230 N. W. 2d 269.)

The cause was submitted for the appellant on the briefs of *Welsh, Trowbridge, Planert & Schaefer* of Green Bay; and for the respondents on the brief of *Donald J. Hanaway* and *Condon & Hanaway*, all of Green Bay.

Appeal dismissed.

For the appellant there was a brief by *Welsh, Trowbridge, Planert & Schaefer* of Green Bay; and for the respondents there was a brief by *Donald J. Hanaway* and *Condon & Hanaway*, all of Green Bay.

---

* Motion for rehearing denied, with costs, on June 16, 1975.

For the appellant there were briefs by *Welsh, Trowbridge, Planert & Schaefer* of Green Bay, and oral argument by *Robert W. Schaefer;* and for the respondents there was a brief by *Donald J. Hanaway and Condon & Hanaway*, all of Green Bay, and oral argument by *Donald J. Hanaway.*

The following opinion was filed June 16, 1975:

PER CURIAM *(on rehearing)*. The rehearing ordered on April 21, 1975, was improvidently granted. The order is vacated, and rehearing is denied. Costs awarded to the respondent in an amount not to exceed $50.